Patricia SCHOEMAN, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent,

and

Office of Personnel Management,
Intervenor.

No. 2009–3297.

United States Court of Appeals,
Federal Circuit.

Aug. 9, 2010.

David U. Fierst, Stein, Mitchell & Muse L.L.P., of Washington, DC, argued for petitioner.

Stephanie M. Conley, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

RADER, Chief Judge, LOURIE, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.